THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL COOK, Appellant. [891 NYS2d 341]—

The court properly denied defendant's application made pursuant to *Batson v Kentucky* (476 US 79 [1986]). Defendant did not produce "evidence sufficient to permit the trial judge to draw an inference that discrimination ha[d] occurred" (*Johnson v California*, 545 US 162, 170 [2005]), and thus failed to make a prima facie showing of gender discrimination in the People's exercise of their peremptory challenges. Defendant does not allege that the People excluded a disproportionate number of men from the panel, but instead alleges a disparity between the rate at which the People challenged male panelists and the percentage of men in the available panel (*see Jones v West*, 555 F3d 90,

98 [2d Cir 2009]). However, we conclude that, given the number of panelists involved, the rate of challenges to men was not so "significantly higher than the [male] percentage of the venire" as to "support a statistical inference of discrimination" (*United States v Alvarado*, 923 F2d 253, 255 [2d Cir 1991]; *cf. Castaneda v Partida*, 430 US 482, 496 n 17 [1977]). The record does not support defendant's additional argument that characteristics of the challenged panelists also give rise to an inference of discrimination. Concur—Mazzarelli, J.P., Andrias, Saxe, Catterson and Acosta, JJ.